**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

ANNAMAY SHIBLEY and
CHRISTOPHER WHEELER, SR.,

                                       6:24-cv-722 (BKS/TWD)

                   Plaintiffs,

v.

JENNIFER BIXLEROND, DEPARTMENT
OF SOCIAL SERVICES, MOHAWK
VALLEY COMMUNITY ACTION
AGENCY, and HEIDI GARBER.,
,

                   Defendants.

---

**Appearances:**

*Plaintiffs pro se:*
Annamay Shibley
Christopher Wheeler, Sr.
Frankfort, NY 13340

**Hon. Brenda K. Sannes, Chief United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

Plaintiffs Annamay Shibley and Christopher Wheeler, Sr. commenced this proceeding

under 42 U.S.C. § 1983, and sought leave to proceed *in forma pauperis* ("IFP"). (Dkt. Nos. 1,

3,4). This matter was referred to United States Magistrate Judge Therese Wiley Dancks who, on

July 16, 2024, granted Plaintiffs' applications to proceed IFP, and issued a Report-

Recommendation, recommending that Plaintiffs' complaint be dismissed without prejudice and

with leave to amend. (Dkt. No. 10). Plaintiffs were informed that they had fourteen days within

which to file written objections to the report under 28 U.S.C. § 636(b)(1), and that the failure to

object to the report within fourteen days would preclude appellate review. (*Id.* at 12-13). On July

29, 2024, the Court issued an Order giving Plaintiffs an extension of time to file objections to the Report-Recommendation. (Dkt. No. 12). No objections to the Report-Recommendation have been filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Dancks's Report-Recommendation (Dkt. No. 10) is **ADOPTED**; and it is further

**ORDERED** that Plaintiffs' Complaint (Dkt. No. 1) is **DISMISSED** without prejudice and with leave to amend; and it is further

**ORDERED** that any amended complaint must be filed **within thirty (30) days** of the date of this Order. Any amended complaint must be a complete pleading which will replace the current complaint in total; and it is further

**ORDERED** that if Plaintiffs file a timely amended complaint, it shall be referred to Magistrate Judge Dancks for review; and if Plaintiffs fail to file a timely amended complaint, the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiffs in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: September 16, 2024
          Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge

2